IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
15 JUN 22 AM 8:46
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:13CR182 |
| | ) | |
| Terry Stacy | ) | |
| | ) | |

## ORDER TERMINATING PROBATION

The above named commenced his term of Probation on August 6, 2014, for a period of two years. Based on the recommendation of the probation officer and good cause shown, it is hereby ordered that the defendant is discharged from Probation and the proceedings in the case be terminated.

Dated this 22nd day of June, 2015

_____
Chief United States Magistrate Judge